# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127118

MCLAREN REGIONAL MEDICAL CENTER and
MCLAREN MEDICAL MANAGEMENT, INC.,
     Petitioners-Appellants,

v

    SC: 127118
    COA: 244386
    MTT: 00-268590

CITY OF OWOSSO,
     Respondent-Appellee.

_____/

     By order of May 5, 2005, the application for leave to appeal was held in abeyance pending the decision in *Wexford Medical Group v City of Cadillac* (Docket No. 127152). On order of the Court, the opinion having been issued on May 4, 2006, 474 Mich 192 (2006), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of our decision in *Wexford*. On remand, the Court of Appeals shall reconsider petitioners' claim that they are entitled to an exemption under MCL 211.7o (charitable institution) or to an exemption under MCL 211.7r (hospital or public health institution).

     We do not retain jurisdiction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006
_____

s0724

_____
Clerk